27 A.3d 984

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James Howard NEIMAN, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Aug. 10, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of August, 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, rephrased for clarity, are:

1. Whether Pennsylvania [Act 152 of 2004] violates the single[-]subject rule of Article III, Section 3 of the Pennsylvania Constitution.

2. Whether, if Act 152 violates the single-subject rule of Article III, Section 3 of the Pennsylvania Constitution, Megan's Law can be sustained by severance of the remaining portions of Act 152 of 2004.